604

360 A.2d 629
Reese, Appellant, v. Danforth et al.

Argued June 22, 1976.  William W. Boyd, with him Xakellis, Perezous & Mongiovi, for appellant; Henry S. Kenderdine, and Alspach and Ryder, submitted a brief for appellees.

Order affirmed.

360 A.2d 633
Robert Hawthorne, Inc. v. American Equipment
Rental, Appellant.

Argued June 15, 1976.  Gilbert Stein, with him Blank, Rome, Klaus & Comisky, for appellant; David E. Prewitt, with him White and Williams, for appellee.

Order affirmed.